SCHREINER, Respondent, vs. BREWER and another, Appellants.

For the appellants: *Bundy, Beach & Holland* of Eau Claire.

For the respondent: *Roy P. Wilcox* of Eau Claire and *Ira O. Slocumb* of Menomonie.

*By the Court.*—Judgment affirmed.

MANUFACTURERS' FINANCE COMPANY, Respondent, vs. FIFRICK and wife, Appellants.

For the appellants: *L. M. Nelson* of Marinette.

For the respondent: *Eastman & Rose* of Marinette.

*By the Court.*—Order affirmed.

SCHULTZ, Respondent, vs. TRAVELERS INSURANCE COMPANY and another, imp., Appellants.

For the appellants: *Bundy, Beach & Holland* of Eau Claire.

For the respondent: *James J. Gleeson* of Alma and *Q. H. Hale* of La Crosse.

*By the Court.*—Judgment affirmed.